UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI Z. STORM, | Case No.  2:25-cv-3315-DC-JDP (P) |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| CDCR, *et al.*, | |
| Defendants. | |

Plaintiff, a state prisoner, brings this action and alleges that the California Department of Corrections and Rehabilitation ("CDCR"), the Mule Creek State Prison ("MCSP") Warden, the MCSP Institutional Security Unit, and California Governor Gavin Newsom violated his right to access the court by illegally altering his CDCR "C-file" and depriving him of his personal property.  ECF No. 1 at 3-5.  Before this action can proceed, however, plaintiff must pay the filing fee because he is a "three-striker" within the meaning of Title 28 U.S.C. § 1915(g).  Plaintiff has had at least three cases dismissed for failure to state a claim upon which relief can be granted.  The court takes judicial notice of the following cases constituting strikes because each was dismissed for failure to state a claim: (1) *Storm v. Newsom*, 1:24-cv-0236-KES-BAM (P), dismissed February 7, 2025; (2) *Storm v. Newsom*, 1:24-cv-0743-JLT-SKO (P), dismissed August 18, 2025; and (3) *Storm v. Warden*, 2:25-cv-1483-DJC-AC (P), dismissed December 8, 2025.

1

Plaintiff might be entitled to proceed *in forma pauperis* in spite of this status, if he alleged he was in imminent danger.  The claims do not make such an allegation insofar as they allege only interference with his penal records and loss of his personal property.

Accordingly, it is RECOMMENDED that plaintiff's application to proceed *in forma pauperis*, ECF No. 2, be DENIED and plaintiff be directed to tender the filing fee within twenty-one days of any order adopting these recommendations.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:    March 17, 2026                          _____
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE

2